IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-9-H-KLD |
| Information associated with Valefar606 that is stored at premises controlled by Instagram, llc | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge